UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Michael Outerbridge,*
*Plaintiff - Pro-Se*

(In the space above enter the full name(s) of the plaintiff(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/7/2014

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

*The City of New York, et al.; and Officer(s) of the M.T.A. Police Department, and one unknown officer of the M.T.A. Police Dept. — The Unidentified Officer that maced plaintiff on date of arrest by M.T.A. Police and Sgt. Sean Amen, #937935, of the 28pct.*

Jury Trial: ☒ Yes  ☐ No
(check one)

13 Civ. 6473 (KBF)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

MAR - 7 2014
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name *Michael Outerbridge*
ID# *349-13-19385*
Current Institution *EMTC*
Address *10-10 Hazen St., East Elmhurst, N.Y. 11370*

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name *Brad Bonasia, P.O.*  Shield # *2596*
Where Currently Employed *M.T.A. Police Dept.*
Address *#5 Penn Plaza, Penn Station, New York, N.Y. 10035*

Rev. 01/2010                    1

Defendant No. 2   Name P.O. VALERIY PROPISNOV   Shield # 2323
Where Currently Employed M.T.A. Police Dept.
Address #5 Penn Station
New York, N.Y. 10035.

Defendant No. 3   Name MTA Police Officer   Shield # ?
Where Currently Employed M.T.A. Police Dept.
Address #5 Penn Station
New York, N.Y. 10035.

[Who did what?]

Defendant No. 4   Name Jack Franzitta, Det   Shield # 1861
Where Currently Employed NYPD; NYPD. At
Address 2271-89 8th Ave. 28 pct.
New York, N.Y. 10026.

Defendant No. 5   Name Det. Neil Lawson   Shield # 06164
Where Currently Employed NYPD; NYPD.
Address 2271-89 8th Ave. 28 pct.
New York, N.Y. 10026.

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
District Attorney(s) Office at One Hogan Pl. New York, N.Y. 10013.

B.   Where in the institution did the events giving rise to your claim(s) occur?
Detectives Unit on the 10th Flr.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
Feb. 14, 2013. At 11:50 AM.

D.   Facts: On Feb. 14, 2013. At appr. 11:00 AM. Plaintiff were waiting inside the LIRR. When (2) M.T.A. Officer(s) approached me and ask me for I.D., I complied with the request. After a warrant

[What happened to you?]

Rev. 01/2010                                    2

check, Officer Brad Bonasia, shield #2596 told me I were under arrest for having a warrant and other charges. I were then booked and processed inside the substation inside Penn Station. I were then Mased by one of the officer(s) because I were laying on the floor of the holding cell and would not set up when told to do so. I were charged with crimes contained in DKT.#2013NY012708; that were all dismissed and sealed in favor of the Accused pursuant to CPL. 160.50(1)(A). On May.09,2013; As I'm waiting to be arraigned, Det. Jack Franzitta #861, and Det. Neil Lawson #00164; Arrest me for Robbery, Assault, Attempt Assault, and Harassment; contained in DKT.#2013NY012764; that were all dismissed in favor of the Accused pursuant to CPL. 160.50(1)(A); on July.17,2013; that were supposed to be dismissed June.13,2013; The court appointed Att. Anthony Bailey and

*Was anyone else involved?*

*Who else saw what happened?*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

False Arrest, False Imprisonment, False Accusations, Intentional Malicious, Vindictive, Prejudice Prosecution, in violation of Plaintiff(s) 4,5,6,8,13, and 14th Amends. of the New York and U.S. Constitution. Pain and Suffering, Mental Anguish, Mental Cruelty, Psychological Disorder and Mental and Physical Abuse of Unlawful Imprisonment. Negligence, Violation of my human rights.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

> **Was anyone else involved?**

The A.D.A. conspired to leave me in the holding cell on this day because they knew the charges were going to be dismissed in front of the (ALJ) Administrative Law Judge who were presiding that day. What happened here are complete oppression and humiliation at it's worst at the hands of the defendant(s), The City of New York, et al. The conditions I had to live thru inside the Brooklyn House of Detention at 275 Atlantic Ave. No fan or air conditioning or central air during the hot summer months of June and July of 2013 that were unbearable. Near death like experiences because the heat index and temperature exceeded 95 degrees during plaintiff(s) unlawful imprisonment. Also plaintiff(s) safety and well being were always endangered with constant threats from other prisoners of fighting, extortion and list of unsafe conditions.

> **Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Endangering the welfare of a human being, complete humiliation and oppression; physical and mental torture; psychological disorder; complete anguish, pain and suffering; discrimination; negligence; defamation of character.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). District Attorney(s) Office, Det. Unit 10TH Floor One Hogan Pl., N.Y., N.Y. 10013, MDC, 125 White St. N.Y., N.Y. 10013, BKHDC, 275 Atlantic Ave. Brooklyn, N.Y. 11201.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ___    Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___    No ✓    Do Not Know ___

If YES, which claim(s)?
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓    No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓    No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? BKDC, 275 Atlantic Ave., Kings Co. N.Y. 11201.

1. Which claim(s) in this complaint did you grieve? False Arrest, False Imprisonment, F/A Mal. Vind. Prejd. Prosecution.

2. What was the result, if any? I were told by the Grievance Coordtr. it could not be Resolve because it did Not happen There.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Mr. G. Brown, The Grievance told me it could not be Resolved There because the matter, issue did not Arise There.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: None Grievance Filed.

Rev. 01/2010                         4

NYC-DOC; BKHDC, BOC.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: A GRIEVANCE CANNOT be RESOLUTED AND/OR RESOLVED IF THE ISSUE DID NOT TAKE PLACE AT THAT FACILITY. AS TOLD TO ME by MR. G. BROWN, BKHDC COORDINATOR

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. PLAINTIFF NOTIFIED THE BOARD OF CORRECTIONS AND THE DEPT. OF CORRECTIONS COMM. DORA B. SCHIRIRRO, WHICH NONE RESPONDED TO MY REQUEST TO RESOLVE OR COMPLETE A RESOLUTION.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). HOLD RESPONSIBLE EACH ONE OF THESE OFFICER(S) WHO SWORN TO UPHOLD THE LAW TO THE HIGHEST DEGREE OF THEIR OFFICIAL CAPACITY. PLAINTIFF STATES A CLAIM UPON WHICH RELIEF MAY BE GRANTED FOR DEFENDANT(S) VIOLATING PLAINTIFF(S) CONSTITUTIONAL RIGHTS, NEW YORK STATE LAW AND U.S.A., FALSE ARREST, 50,000.00 FALSE IMPRISONMENT, 50,000.00, FALSE ACCUSATION(S) 50,000.00, MALICIOUS, VINDICTIVE, PREJUDICE PROSECUTION, 50,000.00, VIOLATION OF HUMAN RIGHTS, 100,000.00, HUMAN TORTURE 100,000.00, PAIN AND SUFFERING 100,000.00, MENTAL ANGUISH, MENTAL CRUELTY, PSYCHOLOGICAL DISORDER, 1,000,000.00, NEGLIGENCE.

Rev. 01/2010

5

*Monetary damages and compensation in the amount of of one million dollars including punitive damages award by the court.*

**VI. Previous lawsuits:**

<div style="margin-left: 2em;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

____ 3. Docket or Index number _____
____ 4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

____ 3. Docket or Index number _____
____ 4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _Febuary_, 20_14_

Signature of Plaintiff   *Michael Outerbridge*

Inmate Number   349-13-19383

Institution Address   EMTC, 10-10 Hazen St.
East Elmhurst, N.Y.
11370.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _11_ day of _Febuary_, 20_14_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Michael Outerbridge*

Michael Octobrioo
BOC #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
EMTC. 10-10 Hazen St.
East Elmhurst, New York
11370.

Pro-Se Office
USDC SDNY SDRM
U.S. Courthouse #500
pearl St.
New York, N.Y. 10007

(Legal Mail)